**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    _11_

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | *21st Century Chemical, Inc.* |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *45-1582266* |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *3580 SW 30th Ave* *Fort Lauderdale, FL 33312* Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Broward* County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    *www.21stcenturychemical.com*

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | *21st Century Chemical, Inc.* | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | *21st Century Chemical, Inc.* | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **_21st Century Chemical, Inc._**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **21st Century Chemical, Inc.**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2025**
               _____
               MM / DD / YYYY

**X** **/s/ Bryan Hacht**                                    **Bryan Hacht**
_____           _____
Signature of authorized representative of debtor          Printed name

Title    **President**
         _____

---

**18. Signature of attorney**

**X** **/s/ Craig I. Kelley**                          Date    **August 18, 2025**
_____                   _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Craig I. Kelley 782203**
_____
Printed name

**Kelley Kaplan & Eller, PLLC**
_____
Firm name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**
_____
Number, Street, City, State & ZIP Code

Contact phone    **561-491-1200**          Email address    **craig@kelleylawoffice.com**
                 _____                   _____

**782203 FL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     *21st Century Chemical, Inc.*

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     *August 18, 2025*          X */s/ Bryan Hacht*
                                               Signature of individual signing on behalf of debtor

                                               *Bryan Hacht*
                                               Printed name

                                               *President*
                                               Position or relationship to debtor

Debtor name   **21st Century Chemical, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐  Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASM 817 MEANDER CT Hamel, MN 55340** | | **Freight** | **Contingent Unliquidated Disputed** | | | **$10,877.00** |
| **Bryan Hacht 2960 SW 23RD TERRACE Fort Lauderdale, FL 33312** | | **Loan** | | | | **$334,475.00** |
| **CHRISTEN LAW 305 NORTH FIFTH AVE SUITE 375 Minneapolis, MN 55401** | | **Legal Fees** | | | | **$1,700.00** |
| **D&L TRANSPORT 8101 COLLEGE BLVD SUITE 110 Overland Park, KS 66210** | | | **Contingent Unliquidated Disputed** | | | **$1,767.72** |
| **ENTHUSIASM INC. / DBA UNISHPPERS 751 NORTH DRIVE SUITE 4 Melbourne, FL 32934** | | **Freight** | | | | **$13,330.15** |
| **FedEx 1700 Corporate Center 38120** | | **Services** | | | | **$6,410.09** |
| **Financial Pacific 3455 S 344th Way, Suite 300 Federal Way, WA 98001** | | **Equipment** | | | | **$9,002.00** |
| **GILSCOT GUIDROZ INTERNATIONAL 5124 TARAVELLA RD Marrero, LA 70072** | | **Services** | | | | **$2,957.68** |

| Debtor | *21st Century Chemical, Inc.* | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Global Tranz* *7350 N Dobson Rd* *Scottsdale, AZ 85256* | | *Freight* | | | | *$6,245.98* |
| *Greenchem* *222 CLEMATIS STREET SUITE 206 West Palm Beach, FL 33401* | | *Vendor* | | | | *$226,000.00* |
| *Harrington* *PO BOX 676273 Dallas, TX 75267* | | *Vendor* | | | | *$5,174.00* |
| *Inxpress* *9815 South Monroe Street Sandy, UT 84070* | | *Freight* | | | | *$1,225.46* |
| *Kara Harding* *2960 SW 23RD TERRACE Fort Lauderdale, FL 33312* | | *Loan to business* | | | | *$81,312.00* |
| *Keyence* *500 PARK BLVD SUITE 200 Itasca, IL 60143* | | *Equipment* | | | | *$23,465.20* |
| *MAC Papers* *5900 NW 176TH STREET Hialeah, FL 33015* | | *Raw Materials* | | | | *$12,983.36* |
| *Sabal Insurance* *311 NE 2nd Court Dania, FL 33004* | | *Insurance* | | | | *$4,559.34* |
| *Tangible Property Tax Broward REVENUE RECOVERY SOLUTIONS,INC. 323 10TH AVE WEST SUITE 300 Palmetto, FL 34221* | | *Notice Only* | *Contingent Unliquidated Disputed* | *$18,429.76* | *$0.00* | *$18,429.76* |
| *Timberline* *950 S. TAMIAMI TRAL SUITE 208 Sarasota, FL 34236* | | *Raw Materials* | *Disputed* | | | *$142,000.00* |
| *Univar* *3075 Highland Pkwy Ste 200 Downers Grove, IL 60515* | | *Raw Materials* | | | | *$14,379.97* |

| Debtor | 21st Century Chemical, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warehouse Supplies 715 WEST 20 STREET Hialeah, FL 33010** | | **Supplies** | | | | **$3,112.00** |

**Fill in this information to identify the case:**

Debtor name  **21st Century Chemical, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____ **174,303.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ _____ **174,303.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ **18,429.76**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$ _____ **903,079.51**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **921,509.27**

**Fill in this information to identify the case:**

Debtor name    **21st Century Chemical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **8917** | **$45.17** |
| 3.2. | **Bank of America** | **Checking** | **4470** | **$34.35** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$79.52** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor   *21st Century Chemical, Inc.*                                   Case number *(If known)*
         Name

| 11a. 90 days old or less: | 127,223.48 | − | 0.00 | = .... | $127,223.48 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.**   **Total of Part 3.**                                                                    | $127,223.48 |
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** *Various chemical raw materials for use in manufacturing* | | $0.00 | *Liquidation* | $35,000.00 |

**20.**   **Work in progress**

**21.**   **Finished goods, including goods held for resale**

**22.**   **Other inventory or supplies**

**23.**   **Total of Part 5.**                                                                    | $35,000.00 |
   Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **21st Century Chemical, Inc.**
Name

Case number *(If known)* _____

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** *2 Desks, 4 Chairs* | *$0.00* | *Liquidation* | *$2,000.00* |
| *Various pallet racks for storage* | *$0.00* | *Liquidation* | *$7,000.00* |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** *2 Computers and Printer* | *$0.00* | *Liquidation* | *$3,000.00* |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $12,000.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** *Plastic mixing tanks* | *$0.00* | | *$0.00* |

Debtor   **21st Century Chemical, Inc.**                                    Case number *(If known)* _____
Name

51. **Total of Part 8.**                                                              $0.00

   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** *https://21stcenturychemical.com/* | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                             $0.00

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

---

Debtor    **_21st Century Chemical, Inc._**                                Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **_21st Century Chemical, Inc._**                 Case number _(If known)_ _____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | _$79.52_ | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | _$0.00_ | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | _$127,223.48_ | |
| 83. **Investments.** _Copy line 17, Part 4._ | _$0.00_ | |
| 84. **Inventory.** _Copy line 23, Part 5._ | _$35,000.00_ | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | _$0.00_ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | _$12,000.00_ | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | _$0.00_ | |
| 88. **Real property.** _Copy line 56, Part 9_......................................> | | _$0.00_ |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | _$0.00_ | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + _$0.00_ | |
| 91. **Total.** Add lines 80 through 90 for each column | _$174,303.00_ | + 91b. _$0.00_ |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | _$174,303.00_ |

| Fill in this information to identify the case: |
|---|

Debtor name  **21st Century Chemical, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Tangible Property Tax Broward** | Describe debtor's property that is subject to a lien<br>**Notice Only** | $18,429.76 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**REVENUE RECOVERY SOLUTIONS,INC.**
**323 10TH AVE WEST SUITE 300**
**Palmetto, FL 34221**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,429.76 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name **21st Century Chemical, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,877.00** |
|---|---|---|---|

**ASM**
**817 MEANDER CT**
**Hamel, MN 55340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bluevine**
**401 Warren Street, Suite 300**
**Redwood City, CA 94063**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Settled and paid in full**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334,475.00** |
|---|---|---|---|

**Bryan Hacht**
**2960 SW 23RD TERRACE**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**CHRISTEN LAW**
**305 NORTH FIFTH AVE SUITE 375**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **21st Century Chemical, Inc.**

Name                                                        Case number (if known) _____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **$608.00** |

Cintas
6800 Cintas Blvd
45262

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **$716.00** |

Coast to Coast Products
4277 Valley Fair Street
93603

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **$1,767.72** |

D&L TRANSPORT
8101 COLLEGE BLVD SUITE 110
Overland Park, KS 66210

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **$13,330.15** |

ENTHUSIASM INC. / DBA UNISHPPERS
751 NORTH DRIVE SUITE 4
Melbourne, FL 32934

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Freight__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

Fastenal Company Purchasing
2001 Theurer Blvd.
Winona, MN 55987

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __27-CV-25-4522__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **$6,410.09** |

FedEx
1700 Corporate Center
38120

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **$9,002.00** |

Financial Pacific
3455 S 344th Way, Suite 300
Federal Way, WA 98001

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Equipment__

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **21st Century Chemical, Inc.**                                      Case number (if known) _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,957.68** |
|---|---|---|---|

**GILSCOT GUIDROZ INTERNATIONAL**
**5124 TARAVELLA RD**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,245.98** |
|---|---|---|---|

**Global Tranz**
**7350 N Dobson Rd**
**Scottsdale, AZ 85256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Freight__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226,000.00** |
|---|---|---|---|

**Greenchem**
**222 CLEMATIS STREET SUITE 206**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,174.00** |
|---|---|---|---|

**Harrington**
**PO BOX 676273**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.46** |
|---|---|---|---|

**Inxpress**
**9815 South Monroe Street**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Freight__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,312.00** |
|---|---|---|---|

**Kara Harding**
**2960 SW 23RD TERRACE**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Loan to business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,465.20** |
|---|---|---|---|

**Keyence**
**500 PARK BLVD SUITE 200**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **21st Century Chemical, Inc.**                                    Case number (if known) _____
           Name

| | |
|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** |

**3.19** **Nonpriority creditor's name and mailing address**

**Legacy Chemical**
**5626 COMMERCE STREET**
**Saint Francisville, LA 70775**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Raw Materials - lawsuit pending**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

**MAC Papers**
**5900 NW 176TH STREET**
**Hialeah, FL 33015**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$12,983.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Raw Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

**Sabal Insurance**
**311 NE 2nd Court**
**Dania, FL 33004**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$4,559.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

**Timberline**
**950 S. TAMIAMI TRAL SUITE 208**
**Sarasota, FL 34236**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$142,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Raw Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

**Univar**
**3075 Highland Pkwy Ste 200**
**Downers Grove, IL 60515**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$14,379.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Raw Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

**Warehouse Supplies**
**715 WEST 20 STREET**
**Hialeah, FL 33010**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$3,112.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

**XPO**
**PO BOX 982020**
**North Richland Hills, TX 76182**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*          **$778.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **21st Century Chemical, Inc.**                                   Case number (if known) _____
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Onebane Law Firm**<br>**400 East Kaliste Saloom Road**<br>**Suite 3000**<br>**Lafayette, LA 70502** | Line _**3.19**_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _0.00_ |
| **5b. Total claims from Part 2** | 5b. + | $ _903,079.51_ |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _903,079.51_ |

**Fill in this information to identify the case:**

Debtor name  **21st Century Chemical, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | *Lease for business premises located at 3580 SW 30th Ave, Fort Lauderdale, FL 33312* | |
| State the term remaining | *48 months* | |
| List the contract number of any government contract | _____ | *Aphex Holdings Inc*<br>*3580 SW 30th Ave*<br>*Fort Lauderdale, FL 33312* |

**Fill in this information to identify the case:**

Debtor name     *21st Century Chemical, Inc.*

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                       *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **_21st Century Chemical, Inc._**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **_From the beginning of the fiscal year to filing date:_**<br>From  **1/01/2025** to **_Filing Date_** | ■ Operating a business<br>☐ Other  _____ | **_$906,309.00_** |
| **_For prior year:_**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **_$2,051,086.00_** |
| **_For year before that:_**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **_$3,020,241.00_** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **21st Century Chemical, Inc.**                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Blue Vine**<br>**401 Warren Street, Suite 300**<br>**Redwood City, CA 94063** | *7/14/25* | *$20,000.00* | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bryan Hacht**<br>**2960 SW 23rd Terrace**<br>**Fort Lauderdale, FL 33312** | *Various* | *$802,651.00* | *Compensation* |
| 4.2. **Bryan Hacht**<br>**2960 SW 23RD TERRACE**<br>**Fort Lauderdale, FL 33312** | *Various* | *$26,068.68* | *Vehicle Payments* |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Legacy Chemical Corporation vs. 21st Century Chemical Inc. and Bryan Hacht**<br>**2024-01-16-RFA** | *Civil* | **West Feliciana Parish Courthouse**<br>**P.O. Box 1843**<br>**Saint Francisville, LA 70775** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **21st Century Chemical, Inc.**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Fastenal Company Purchasing vs. 21st Century Chemical Inc**<br>**27-CV-25-4522** | **Breach of Contract** | **Hennepin County District Court**<br>**Attn: Civil Filing**<br>**Hennepin County Govt. Ctr. C-3**<br>**Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kelley Kaplan & Eller, PLLC**<br>**1665 Palm Beach Lakes Blvd**<br>**The Forum - Suite 1000**<br>**West Palm Beach, FL 33401** | **Attorney Fees** | **July 2025** | **$50,000.00** |

Email or website address
**craig@kelleylawoffice.com**

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **21st Century Chemical, Inc.**                                              Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *ADP* | EIN: *401k through employer* |

Has the plan been terminated?
■ No
☐ Yes

Debtor    **21st Century Chemical, Inc.**    Case number *(if known)* _____

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | *21st Century Chemical, Inc.* | Case number *(if known)* | |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  *Albert Haft*<br>*156 Long Beach Road*<br>*Island Park, NY 11558* | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **21st Century Chemical, Inc.**                                        Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Bryan Hacht* | *4232 East Tradewinds Ave Fort Lauderdale, FL 33308* | *President* | *100* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Kara Catherine Harding* | *4232 East Tradewinds Ave Fort Lauderdale, FL 33308* | *Secretary* | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *See #4* | | | |
| | **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **21st Century Chemical, Inc.**                              Case number *(if known)* _____

---

**Part 14:** Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2025**

**/s/ Bryan Hacht**                                              **Bryan Hacht**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Southern District of Florida

In re  **21st Century Chemical, Inc.**

_____  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bryant Hacht** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 18, 2025**
_____

Signature  **/s/ Bryan Hacht**
_____

**Bryan Hacht**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **21st Century Chemical, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 18, 2025** _____

**/s/ Bryan Hacht** _____

**Bryan Hacht** / **President**
Signer/Title

Aphex Holdings Inc
3580 SW 30th Ave
Fort Lauderdale, FL 33312


ASM
817 MEANDER CT
Hamel, MN 55340


Bluevine
401 Warren Street, Suite 300
Redwood City, CA 94063


Bryan Hacht
2960 SW 23RD TERRACE
Fort Lauderdale, FL 33312


CHRISTEN LAW
305 NORTH FIFTH AVE SUITE 375
Minneapolis, MN 55401


Cintas
6800 Cintas Blvd
 45262


Coast to Coast Products
4277 Valley Fair Street
 93603


D&L TRANSPORT
8101 COLLEGE BLVD SUITE 110
Overland Park, KS 66210


ENTHUSIASM INC. / DBA UNISHPPERS
751 NORTH DRIVE SUITE 4
Melbourne, FL 32934


Fastenal Company Purchasing
2001 Theurer Blvd.
Winona, MN 55987


FedEx
1700 Corporate Center
 38120

```
Financial Pacific
3455 S 344th Way, Suite 300
Federal Way, WA 98001


GILSCOT GUIDROZ INTERNATIONAL
5124 TARAVELLA RD
Marrero, LA 70072


Global Tranz
7350 N Dobson Rd
Scottsdale, AZ 85256


Greenchem
222 CLEMATIS STREET SUITE 206
West Palm Beach, FL 33401


Harrington
PO BOX 676273
Dallas, TX 75267


Inxpress
9815 South Monroe Street
Sandy, UT 84070


Kara Harding
2960 SW 23RD TERRACE
Fort Lauderdale, FL 33312


Keyence
500 PARK BLVD SUITE 200
Itasca, IL 60143


Legacy Chemical
5626 COMMERCE STREET
Saint Francisville, LA 70775


MAC Papers
5900 NW 176TH STREET
Hialeah, FL 33015


Onebane Law Firm
400 East Kaliste Saloom Road
Suite 3000
Lafayette, LA 70502
```

Sabal Insurance
311 NE 2nd Court
Dania, FL 33004


Tangible Property Tax Broward
REVENUE RECOVERY SOLUTIONS,INC.
323 10TH AVE WEST SUITE 300
Palmetto, FL 34221


Timberline
950 S. TAMIAMI TRAL SUITE 208
Sarasota, FL 34236


Univar
3075 Highland Pkwy Ste 200
Downers Grove, IL 60515


Warehouse Supplies
715 WEST 20 STREET
Hialeah, FL 33010


XPO
PO BOX 982020
North Richland Hills, TX 76182