**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

CASE NO.: 25-19560-PDR
CHAPTER 11
Small Business

21ST CENTURY CHEMICAL, INC.

Debtor.
_______________________________________/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plan of reorganization in this case was confirmed on May 12, 2026 [Dkt. No. 105].

2. The payments required by the plan have been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$54,992.04 Total Fees for Attorney for Debtor

5. Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that a true and correct copy of the foregoing has been furnished via ECF to parties registered in this case to receive service and via CM/ECF or U.S. Mail to the parties listed below this 10th day of July 2026.

**KELLEY KAPLAN DELANEY & ELLER, PLLC**
Attorney for Debtor
1555 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773
bankruptcy@kelleylawoffice.com

By: /s/ Dana Kaplan
Dana Kaplan, Esquire
Fla. Bar No. 44315

**Mailing Information for Case 25-19560-PDR**
**Electronic Mail Notice List**

- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Timothy R Qualls** stalevich@yvlaw.net, tqualls@yvlaw.net
- **John Schank** john.s.schank@usdoj.gov
- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

**Legacy Chemical Corpation**
400 E. Kaliste Saloom Rod
Suite 3000
Lafayette, LA 70508

**On Deck Capital, Inc.**
Zwicker & Associates, P.C.
80 Minuteman Rd
Andover, MA 01810

**EXHIBIT A**

CASE NAME: 21st Century Chemical, Inc.

CASE NUMBER: 25-19560-PDR

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN,

| **Class** | **Name of Creditor** | **Claim Number** | **First Dividend to be Paid Pursuant to Plan** |
|---|---|---|---|
| | | | |
| One | Internal Revenue Service | 3 | $1,065.56 |
| Two | Internal Revenue Service | 4 | $126.00 |
| Three | Broward County Tax Collector | 12 | $371.76 |
| Four | Broward County Tax Collector | 13 | $335.85 |
| Five | Broward County Tax Collector | 14 | $427.65 |
| Six | XPO Logistics Freight | 1 | 6.72 |
| Six | Fastenal Company | 2 | 7.25 |
| Six | Financial Pacific Leasing, Inc | 5 | 11.30 |
| Six | Capital One | 6 | 9.08 |

| | | | |
|---|---|---|---|
| Six | Southeastern Freight Lines | 7 | $0.98 |
| Six | Fedex Corporate Services | 8 | 2.44 |
| Six | Fastenal Company Purchasing | 9 | 912.10 |
| Six | On Deck Capital | 11 | 50.14 |
| Six | Legacy Chemical Corporation | 10 | 183.08 |

All required distributions have been made pursuant to the Plan and confirmation order.